Douglas S. Parker, Alaska Bar No. 8311168
dparker@littler.com
Renea I. Saade, Alaska Bar No. 0911060
rsaade@littler.com
LITTLER MENDELSON
500 L Street, Suite 201
Anchorage, AK 99501
Tel: 907.561.1214
Fax: 907.561.1215

Attorneys for Defendant Alaska Pacific University

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

| | |
|---|---|
| **JOHN DOE,**<br><br>        Plaintiff,<br><br>    v.<br><br>**ALASKA PACIFIC UNIVERSITY, an Alaska Nonprofit Corporation,**<br><br>        Defendant. | Case No. 3:18-cv-00188-HRH |

**JOINT MOTION TO STAY LITIGATION AND FOR SETTLEMENT CONFERENCE**

Plaintiff John Doe and Defendant Alaska Pacific University hereby jointly move for a stay of litigation until December 31, 2018 so that the parties may participate in a Settlement Conference facilitated by this Court. The parties also jointly move for an assignment to a Settlement Conference Judge.

Despite the stay, the parties have agreed to exchange initial disclosures at least seven (7) court days prior to any Settlement Conference scheduled and continue to work together to see if they can agree upon a stipulated protective order so that the parties may address the confidential nature of some of the information and documents anticipated to be included in their initial disclosures.

//

//

Respectfully submitted,

Dated this 13th day of November, 2018.

          LITTLER MENDELSON
          Attorneys for Defendant,
          Alaska Pacific University

By:  */s/ Douglas S. Parker*
     Douglas S. Parker
     Alaska Bar 8311168

By:  */s/ Renea I. Saade*
     Renea I. Saade
     Alaska Bar 0911060

STEVEN M. WELLS P.C.

By:  */s/ Steven M. Wells*
     Steven M. Wells
     Alaska Bar 0010066

CERTIFICATE OF SERVICE:

I hereby certify that on the 13th day of November, 2018, a true and correct copy of the foregoing document was served on:

Steven M. Wells

By ☐ Hand   ☐ Mail   ☐ Fax
☒ Court's ECF filing system

*/s/ Nancy Murphy Kruse*
Nancy Murphy Kruse
Legal Assistant

FIRMWIDE:160068409.1 099791.1001