# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

JOHN DOE,

        Plaintiff,

v.

ALASKA PACIFIC UNIVERSITY,

        Defendant.

Case No. 3:18-cv-00188-HRH

## ORDER FOR SETTLEMENT CONFERENCE

1. **CALENDARING**. A Settlement Conference is calendared for **December 21, 2018, at 9 a.m.** before District Judge Sharon Gleason. The settlement conference will commence in Courtroom 3 of the James M. Fitzgerald U.S. Courthouse and Federal Building, located at 222 West 7th Avenue in Anchorage, Alaska.

2. **ATTENDANCE AND PARTICIPATION**

    a. The following persons must attend or participate in the conference: (1) the attorney who will be lead trial counsel for each participating party must be present _in person_; (2) individual parties, and a representative of parties who are not individuals, must be present _in person_; (3) insurers, adjusters, risk managers, or executives with the ultimate authority to settle this case for each party must be present in person or immediately available by telephone.

    b. Attorneys and parties may not participate telephonically absent prior approval by the settlement judge. Anyone, including an insurer, who participates telephonically must be available by telephone for the duration of the conference, regardless of the time at the individual's locale.

3. **SETTLEMENT BRIEFS**

    a. By **December 14, 2018,** each party must lodge a candid, concise settlement brief that is no more than five pages, not including attachments. Settlement briefs are not required to be exchanged. The settlement brief shall include, but need not be limited to: (1) a history of the settlement negotiations in this case; and (2) an identification of the strengths and weaknesses of each party's case.

    b. **The briefs must be lodged in a sealed envelope delivered to Judge Gleason's Chambers.** The briefs are confidential and will not become part of the record. After the conference, the settlement conference judge will return or destroy all briefs.

DATED this 21st day of November, 2018 at Anchorage, Alaska.

*s/Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

3:18-cv-00188-HRH, *Doe v. Alaska Pacific University*
Order for Settlement Conference
Page 2 of 2
Case 3:18-cv-00188-HRH   Document 18   Filed 11/21/18   Page 2 of 2