Douglas S. Parker, Alaska Bar No. 8311168
dparker@littler.com
Renea I. Saade, Alaska Bar No. 0911060
rsaade@littler.com
LITTLER MENDELSON
500 L Street, Suite 201
Anchorage, AK  99501
Tel: 907.561.1214
Fax: 907.561.1215

Attorneys for Defendant Alaska Pacific University

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

| | |
|---|---|
| **JOHN DOE,**<br><br>       Plaintiff,<br><br>   v.<br><br>**ALASKA PACIFIC UNIVERSITY, an Alaska Nonprofit Corporation,**<br><br>       Defendant. | Case No. 3:18-cv-00188-HRH |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE CASE CLOSING DOCUMENTS**

The Plaintiff and Defendant hereby jointly move for a short extension of time to file case closing documents in this matter.  The parties have been working in good faith to document their agreement for the dismissal of this case, but need a short extension of time to finalize the documentation.  Therefore, the parties respectfully request a two (2) week extension of time from February 1, 2019 [*see* Dkt. 21] to February 15, 2019 to file the closing documents in this case.

Respectfully submitted,

Joint Motion for Extension of Time to File Case Closing Documents
*John Doe v. Alaska Pacific University*; 3:18-cv-188-HRH                                                        Page 1 of 2

Case 3:18-cv-00188-HRH   Document 22   Filed 02/01/19   Page 1 of 2

Dated this 1st day of February, 2019.

> LITTLER MENDELSON
> Attorneys for Defendant,
> Alaska Pacific University
>
> By: */s/ Renea I. Saade*
> Renea I. Saade
> Alaska Bar 0911060
> Douglas S. Parker
> Alaska Bar 8311168
>
> STEVEN M. WELLS P.C.
>
> By: */s/ Steven M. Wells*
> Steven M. Wells
> Alaska Bar 0010066

CERTIFICATE OF SERVICE:

I hereby certify that on the 1st day of February, 2019, a true and correct copy of the foregoing document was served on:

Steven M. Wells

By ☐ Hand ☐ Mail ☐ Fax
☑ Court's ECF filing system

*/s/ Nancy Murphy Kruse*
Nancy Murphy Kruse
Legal Assistant

FIRMWIDE:162053731.2 099791.1001

LITTLER MENDELSON
500 L Street, Suite 201
Anchorage, Alaska 99501
Tel: 907.561.1214
Fax: 907.561.1215

Joint Motion for Extension of Time to File Case Closing Documents
*John Doe v. Alaska Pacific University*; 3:18-cv-188-HRH    Page 2 of 2

Case 3:18-cv-00188-HRH   Document 22   Filed 02/01/19   Page 2 of 2