Steven M. Wells
Steven M. Wells, P.C.
431 W. 7th Ave.
Ste. 107
Anchorage, AK 99501
(907)279-3557
(907)279-3558 fax
steve@alaskalegaldefense.com

Attorney for Plaintiff

# United States District Court
## District of Alaska

| | |
|---|---|
| **John Doe,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**Alaska Pacific University,**<br>   **An Alaska Nonprofit Corporation,**<br><br>    **Defendant.** | Case No. 3:18-cv-0188-HRH<br><br>Dismissal |

    Pursuant to F.R.Cv.Pr. 41(a)(1)(A), Plaintiff, John Doe ("Plaintiff"), hereby files this voluntary dismissal of this matter.

DATED this 15th day of February, 2019, at Anchorage, Alaska.

                                                Steven M. Wells, PC
                                                Attorneys for Plaintiff

                                By:    /s/ Steven M. Wells
                                               Steven M. Wells
                                               ABA #0010066

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on February 11, 2019 this document has been served via: electronic filing on:

All Parties of Record


  /s/ Steven M. Wells     .
Steven M. Wells, PC

*Doe v. Alaska Pacific University*
Case No. 3:18-cv-0188-HRH
Notice of Dismissal
Page 2 of 2